UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN W. LAMBERT,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MHP MERKEL, *et al*.,<br><br>　　　　　　　　　Defendants. | Case No. C17-1849-RSM-MAT<br><br>REPORT AND RECOMMENDATION |

On December 11, 2017, plaintiff John Lambert submitted to this Court for filing a civil rights complaint under 42 U.S.C. § 1983. (Dkt. 1.) He subsequently submitted to the Court for consideration an application to proceed with this action *in forma pauperis*. (Dkt. 4.) Plaintiff, who is confined at the Snohomish County Jail, alleged in his complaint that he has serious mental health issues and that despite submitting numerous kites to the mental health and medical departments at the Jail asking for his medication, "it took a ridiculous amount of effort" to get help. (*See* Dkt. 6 at 3.) He further alleged that when a mental health professional ("MHP") did come to see him, she was "very rude, unprofessional and antagonizing." (*Id*.) Plaintiff identified Snohomish County Corrections and MHP Merkel as defendants in his complaint, and he requested compensatory damages. (*Id*. at 1-2, 4.)

REPORT AND RECOMMENDATION - 1

On February 9, 2018, the Court issued an Order granting plaintiff's application to proceed *in forma pauperis* and his complaint was filed. (Dkts. 5, 6.) On the same date, the Court issued an Order declining to serve plaintiff's complaint and granting him leave to file an amended complaint correcting certain specified deficiencies. (Dkt. 7.) The Court explained therein that Snohomish County Corrections was not a proper defendant in this action. (*Id*. at 3.) The Court further explained that if plaintiff wanted to proceed against Snohomish County, which would be a proper defendant, he would have to name Snohomish County as a defendant, he would have to identify the County "policy" or "custom" that caused him harm, and he would have to identify the federal constitutional right he believed had been violated by the identified "policy" or "custom." (*Id*.)

The Court next advised plaintiff that he had not adequately alleged a cause of action based on the denial of adequate medical or mental health care. (*Id*. at 3-4.) The Court then set forth the standard applicable to claims alleging a denial of adequate medical or mental health care, and explained what plaintiff would have to do in order to proceed on such a claim. (*Id*. at 4.) Plaintiff was granted thirty days within which to file an amended complaint correcting these deficiencies and was advised that his failure to do so would result in a recommendation that this action be dismissed. (*Id*. at 4-5.) To date plaintiff has filed no amended complaint.

When a complaint is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief, the Court may dismiss an *in forma pauperis* complaint before service of process under 28 U.S.C. § 1915(e)(2)(B). Because plaintiff failed to adequately allege a cause of action under § 1983 in his original pleading, and because he elected not to file an amended pleading correcting the deficiencies identified in the Court's Order declining to serve his original complaint, this Court

REPORT AND RECOMMENDATION - 2

recommends that the instant action be dismissed, without prejudice, under § 1915(e)(2)(B)(ii). A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 11, 2018**.

DATED this 13th day of April, 2018.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3