UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN W. LAMBERT,

    Plaintiff,

v.

MHP MERKEL, *et al.*,

    Defendants.

Case No. C17-1849 RSM

ORDER DISMISSING CIVIL RIGHTS ACTION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

    (1)    The Report and Recommendation is approved and adopted;

    (2)    Plaintiff's complaint (Dkt. 6) and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure of plaintiff to state any claim upon which relief may be granted; and

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

/ / /

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

1     DATED this 24th day of May 2018.

                                              RICARDO S. MARTINEZ
                                              CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2